UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON AUTEN,<br>Plaintiff,<br><br>v.<br><br>CITY OF LANCASTER, *et al.*,<br>Defendants. | No. 5:26-cv-1481 |

**O R D E R**

**AND NOW**, this 2nd day of September, 2026, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Defendant Thorne's Motion to Dismiss, ECF No. 25, is **GRANTED in part and DENIED in part** as follows:

   A. Count I as to Thorne is **DISMISSED with prejudice**.

   B. Counts III, IV, and V as to Thorne are **DISMISSED without prejudice**.

   C. The request to dismiss Counts VII and VIII as to Thorne is **DENIED**.

2. **Within thirty (30) days of the date of this Order**, Plaintiff may file an amended complaint as to any count dismissed without prejudice. Failure to timely file an amended complaint will result in dismissal with prejudice of Counts III, IV, and V as to Thorne.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge